————O————

BENJAMIN KITE, Respondent, *vs.* JOHN B. COX, Appellant.

1. *Appeal to Supreme Court, dismissed when.*—Where appellant files no statement or brief, or assignment of errors, the appeal to the Supreme Court will be dismissed.

*Appeal from Green Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

In this case the appellant has filed no statement or brief, nor assignment of errors. The appeal therefore will be dismissed.

The other judges concur, except Judge Sherwood who did not sit.